## CLINTON & O. W. RY. CO. v. KANSAS ·CITY, M. & O. RY. CO.

No. 2860.   Opinion Filed August 12, 1913.

(134 Pac. 442.)

**APPEAL AND ERROR**—Abandonment of Appeal—Failure to File Brief.
Where plaintiff in error does not file brief within time allowed by rule 7 of this court (20 Okla. viii, 95 Pac. vi), nor before case is due to be taken on submission, the appeal will be treated as abandoned and dismissed.

(Syllabus by Thacker, C.)

*Error from District Court, Custer County;*
*James R. Tolbert, Judge.*

Action by the Kansas City, Mexico & Orient Railway Company against the ·Clinton & Oklahoma Western Railway Company. Judgment for plaintiff, and defendant brings error. Dismissed.

*M. L. Holcombe* and *Thos. B. Norfleet,* for plaintiff in error.

*John A. Eaton, D. W. Eaton,* and *Geo. E. Black,* for defendant in error.

Opinion by THACKER, C.   On July 19, 1911, the case-made was filed in this court, and on June 10, 1913, this case was due to be taken on submission; but the plaintiff in error has wholly failed to file briefs as required by rule 7 of this court (20 Okla. viii, 95 Pac. vi) and has thus abandoned the appeal. See *Hill v. Riddle,* 36 Okla. 122, 128 Pac. 112; *Hukill v. Tharp,* 36 Okla. 178, 128 Pac. 115; *Ledbetter v. Kimsey, post,* 128 Pac. 1086; *Green v. State, ex rel. Caldwell,* 36 Okla. 287, 128 Pac. 257.

We are therefore of the opinion the appeal should be treated as abandoned and dismissed.

By the Court:   It is so ordered.